UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gateway, Inc. and<br>Gateway Companies, Inc.<br><br>**Plaintiff**<br><br>-v-<br><br>ACS Commercial Solutions, Inc.<br><br>**Defendant** | Case No. 07cv6732-CM<br><br>ECF CASE<br><br>**Rule 7.1 Statement** |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Gateway, Inc. and Gateway Companies, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    Gateway, Inc. is a publicly traded company. Gateway Companies, Inc. is a owned subsidiary of Gateway, Inc.

Dated: July 26, 2007

/s/ *Bernadette R. Reilly*
Thomas H. Curtin (TC-5753)
Bernadette R. Reilly (BM-4117)

LATHROP & GAGE L.C.
230 Park Avenue, Suite 1847
New York, New York 10169
Telephone (212) 850-6220
Telecopier (212) 850-6221

OF COUNSEL

John T. Walsh (#33874)

LATHROP & GAGE L.C.
The Equitable Building, Suite 1300
10 South Broadway
St. Louis, Missouri 63102-1708
Telephone: (314) 613-2500
Telecopier: (314) 613-2550

STLDOCS 205348v1