UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GATEWAY, INC., and GATEWAY COMPANIES, :
INC.,

|  |  |  |
|--|--|--|
| | : | Case No. 07cv6732-CM |
| Plaintiff, | | ECF CASE |
| | : | |
| vs. | | |
| | : | |
| ACS COMMERCIAL SOLUTIONS, INC. | | |
| | : | **JURY TRIAL DEMANDED** |
| Defendant. | | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## UNOPPOSED MOTION OF PLAINTIFFS TO EXTEND DEFENDANT'S ANSWER DEADLINE

Plaintiffs Gateway, Inc. and Gateway Companies, Inc. ("Gateway") request an extension of time for Defendant to answer or otherwise respond to Gateway's complaint.

On July 26, 2007 Gateway filed this lawsuit. On August 10, 2007 Gateway served Defendant by personal service. Under the Federal Rules of Civil Procedure, Defendant's answer deadline would be August 30, 2007. The parties have agreed to extend that deadline in order to allow the parties to fully evaluate this case and determine whether this case may be resolved without the need for ongoing litigation.

In order to enable the parties to continue their ongoing discussions, Gateway files this Unopposed Motion to Extend Defendant's Answer Deadline to October 1, 2007.

WHEREFORE, PREMISES CONSIDERED, Gateway respectfully moves for an extension of Defendant's time to answer or otherwise respond to Gateway's complaint

and for an Order granting that extension in the form of – or substantially similar form of

– the proposed Order filed with this Motion.


Dated: August 27, 2007                          Respectfully submitted,

                                                LATHROP & GAGE L.C.


                                                */s/ Bernadette R. Reilly*
                                                Thomas H. Curtin (TC-5753)
                                                Bernadette R. Reilly,(BM-4117)
                                                230 Park Avenue, Suite 1847
                                                New York, NY  10169
                                                Telephone: (212) 850-6220
                                                Telecopier: (212) 850-6221

                                                Attorneys for Plaintiffs, Gateway, Inc., and
                                                Gateway Companies, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been

forwarded to the following individual via U.S. mail, on this the 27th day of August, 2007:


JOHN T. WILLETT
Senior Corporate Counsel
Vice President, Litigation
Affiliated Computer Services, Inc.
2828 North Haskell Avenue, Bldg. 1, 9th Floor
Dallas, TX  75204


/s/ *Bernadette R. Reilly*

Bernadette McGlynn Reilly