UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------ x
GATEWAY, INC., and GATEWAY COMPANIES, :
INC.,
                                     :    Case No. 07cv6732-CM
                  Plaintiff,              ECF CASE
                                     :
    vs.
                                     :
ACS COMMERCIAL SOLUTIONS, INC.
                                     :    JURY TRIAL DEMANDED
                  Defendant.
                                     :
------------------------------------ x
```

**ORDER GRANTING PLAINTIFFS' UNOPPOSED**
**MOTION TO EXTEND DEFENDANT'S ANSWER DEADLINE**

On this day, the Court considered Plaintiff's Unopposed Motion to Extend Defendant's Answer Deadline. Upon consideration of the Motion and upon Plaintiff's representation that the Motion is unopposed, the Court grants the Motion and ORDERS that Defendant's time to answer or otherwise respond is hereby extended to October 1, 2007.

Signed this _____ day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

NYDOCS 52684v1