UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GATEWAY, INC., and GATEWAY
COMPANIES, INC.,                              :

                                              :

                 Plaintiff,

                                              :

vs.

                                              :        **1:07-CV-06732 (CM)**

ACS COMMERCIAL SOLUTIONS, INC.

                                              :        **MOTION TO ADMIT COUNSEL**
                                                       **PRO HAC VICE**
                 Defendant.

                                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Bernadette Reilly, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

|  |  |
|---|---|
| Applicant's Name: | John D. Ryan |
| Firm Name: | Lathrop & Gage L.C. |
| Address: | 10 South Broadway, Suite 1300 |
| City/State/Zip: | St. Louis, MO  63102 |
| Phone Number: | (314) 613-2500 |
| Fax Number: | (314) 613-2550 |

John D. Ryan is a member in good standing of the Bar of the State of Missouri.  There are no

pending disciplinary proceedings against John D. Ryan in any State or Federal court.

NYDOCS 52763v1

New York, NY
August 24, 2007

Respectfully submitted,

*Bernadette Reilly*

Bernadette R. Reilly (BM-4117)
Lathrop & Gage L.C.
230 Park Avenue, Suite 1847
New York, NY  10169
Telephone:    (212) 850-6220
Telecopier:    (212) 850-6221

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 18, 2002,

## John D. Ryan

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 1st day of August 2007.

_____

Clerk of the Supreme Court of Missouri

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GATEWAY, INC., and GATEWAY           :
COMPANIES, INC.,

                              :

            Plaintiff,             :       **1:07-CV-06732 (CM)**

                              :

   vs.

                              :      **AFFIDAVIT IN SUPPORT OF**

ACS COMMERCIAL SOLUTIONS, INC.        **MOTION TO ADMIT COUNSEL**

                              :          **PRO HAC VICE**

           Defendant.

                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


State of New York     )
                     )    ss:
County of New York   )

Bernadette Reilly, being duly sworn, hereby deposes and says as follows:

1.     I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit John D. Ryan as counsel pro hac vice to represent Plaintiff in this matter.

2.     I am a member in good standing of the bar of the State of New York and was admitted to practice law on October 16, 2007. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known John D. Ryan since 2004.

4.     John D. Ryan is Of Counsel at Lathrop Gage, L.C., in St. Louis, Missouri.

5.     I have found Mr. Ryan to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of John D. Ryan, pro hac vice.

7.     I respectfully submit a proposed order granting the admission of John D. Ryan, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

WHEREFORE it is respectfully requested that the motion to admit John D. Ryan, pro hac vice,

to represent Plaintiff in the above captioned matter, be granted.


New York, NY                                    Respectfully submitted,
August 24, 2007

                                    Bernadette Reilly
                                    _____
                                    Bernadette R. Reilly (BM-4117)
                                    Lathrop & Gage L.C.
                                    230 Park Avenue, Suite 1847
                                    New York, NY  10169
                                    Telephone:    (212) 850-6220
                                    Telecopier:   (212) 850-6221

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GATEWAY, INC., and GATEWAY              :
COMPANIES, INC.,
                                        :

            Plaintiff,                  :

    vs.                                 :

                                        :      **1:07-CV-06732 (CM)**
ACS COMMERCIAL SOLUTIONS, INC.
                                        :      **ORDER FOR ADMISSION PRO**
            Defendant.                         **HAC VICE ON WRITTEN MOTION**
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


        Upon the motion of Bernadette R. Reilly attorney for Gateway Inc. and Gateway

Companies, Inc. and said sponsor attorney's affidavit in support;

|  |  |
|---|---|
| Applicant's Name: | John D. Ryan |
| Firm Name: | Lathrop & Gage L.C. |
| Address: | 10 South Broadway, Suite 1300 |
| City/State/Zip: | St. Louis, MO  63102 |
| Telephone/Fax: | (314) 613-2500/(314) 613-2550 |
| E-mail Address: | jryan@lathropgage.com |

is admitted to practice pro hac vice as counsel for Gateway, Inc. and Gateway Companies, Inc. in

the above captioned case in the United States District Court for the Southern District of New

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.


Dated:_____

City, State:_____



                                    _____
                                    United States District/Magistrate Judge



NYDOCS 52761v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GATEWAY, INC. , and GATEWAY
COMPANIES, INC.,

                         Plaintiff,

             -v-                                                    07 Civ 6732 (CM)
                                                                    **ECF CASE**

ACS COMMERICAL SOLUTIONS, INC.

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of August 2007, I filed the foregoing **MOTION TO ADMIT COUNSEL PRO HAC VICE** with the Clerk of the United States District Court, Southern District of New York. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF Participant:


JOHN T. WILLETT
Senior Corporate Counsel
Vice President, Litigation
Affiliated Computer Services, Inc.
2828 North Haskell Avenue, Bldg. 1, 9th Floor
Dallas, TX  75204


Dated:  New York, New York
        August 24, 2007                          Respectfully submitted,

                                                 Bernadett Rily
                                                 _____
                                                 Bernadette R. Reilly (BM-4117)
                                                 LATHROP & GAGE L.C.
                                                 230 Park Avenue, Suite 1847
                                                 New York, New York 10169
                                                 (212) 850-6220
                                                 Fax: (212) 850-6221