UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
GATEWAY, INC., and GATEWAY :
COMPANIES, INC.,
 :
             Plaintiff,
 :
vs.
 :     **1:07-CV-06732 (CM)**
ACS COMMERCIAL SOLUTIONS, INC.
 :     **MOTION TO ADMIT COUNSEL**
             Defendant.      **PRO HAC VICE**
 :
------------------------------------- x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Bernadette Reilly, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    John T. Walsh

    Firm Name:    Lathrop & Gage L.C.

    Address:    10 South Broadway, Suite 1300

    City/State/Zip:    St. Louis, MO 63102

    Phone Number:    (314) 613-2500

    Fax Number:    (314) 613-2550

John T. Walsh is a member in good standing of the Bar of the States of Missouri and Illinois. There are no pending disciplinary proceedings against John T. Walsh in any State or Federal court.

New York, NY
August 24, 2007

Respectfully submitted,

*Bernadette Reilly*
_____
Bernadette R. Reilly (BM-4117)
Lathrop & Gage L.C.
230 Park Avenue, Suite 1847
New York, NY 10169
Telephone:    (212) 850-6220
Telecopier:   (212) 850-6221

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on October 10, 1986,

## *John T. Walsh*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 1st day of August 2007.

_____
Clerk of the Supreme Court of Missouri

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

John Thomas Walsh

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 7, 1987 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, August 02, 2007.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GATEWAY, INC., and GATEWAY             :
COMPANIES, INC.,
                                       :
             Plaintiff,                    1:07-CV-06732 (CM)
                                       :
    vs.
                                       :   AFFIDAVIT IN SUPPORT OF
ACS COMMERCIAL SOLUTIONS, INC.             MOTION TO ADMIT COUNSEL
                                       :   PRO HAC VICE
             Defendant.
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

State of New York    )
                     )   ss:
County of New York   )

Bernadette Reilly, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit John T. Walsh as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on October 16, 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known John T. Walsh since 2004.

4. John T. Walsh is Of Counsel at Lathrop Gage, L.C., in St. Louis, Missouri.

5. I have found Mr. Walsh to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of John T. Walsh, pro hac vice.

7. I respectfully submit a proposed order granting the admission of John T. Walsh, pro hac vice, which is attached hereto as Exhibit A.

NYDOCS 52760v1

WHEREFORE it is respectfully requested that the motion to admit John T. Walsh, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

New York, NY
August 24, 2007

Respectfully submitted,

*Bernadette Reilly*

Bernadette R. Reilly (BM-4117)
Lathrop & Gage L.C.
230 Park Avenue, Suite 1847
New York, NY 10169
Telephone:    (212) 850-6220
Telecopier:   (212) 850-6221

NYDOCS 52760v1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GATEWAY, INC., and GATEWAY              :
COMPANIES, INC.,
                                        :
               Plaintiff,
                                        :
        vs.
                                        :       1:07-CV-06732 (CM)
ACS COMMERCIAL SOLUTIONS, INC.
                                        :       ORDER FOR ADMISSION PRO
               Defendant.                       HAC VICE ON WRITTEN MOTION
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

Upon the motion of Bernadette R. Reilly attorney for Gateway Inc. and Gateway Companies, Inc. and said sponsor attorney's affidavit in support;

|                      |                                     |
|----------------------|-------------------------------------|
| Applicant's Name:    | John T. Walsh                       |
| Firm Name:           | Lathrop & Gage L.C.                 |
| Address:             | 10 South Broadway, Suite 1300       |
| City/State/Zip:      | St. Louis, MO  63102                |
| Telephone/Fax:       | (314) 613-2500/(314) 613-2550       |
| E-mail Address:      | jwalsh@lathropgage.com              |

is admitted to practice pro hac vice as counsel for Gateway, Inc. and Gateway Companies, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:_____

City, State:_____

_____
United States District/Magistrate Judge

NYDOCS 52767v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

GATEWAY, INC. , and GATEWAY
COMPANIES, INC.,

        Plaintiff,

   -v-                                                      07 Civ 6732 (CM)
                                                             **ECF CASE**

ACS COMMERICAL SOLUTIONS, INC.

        Defendant.

------------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of August 2007, I filed the foregoing **MOTION TO ADMIT COUNSEL PRO HAC VICE** with the Clerk of the United States District Court, Southern District of New York. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF Participant:

JOHN T. WILLETT
Senior Corporate Counsel
Vice President, Litigation
Affiliated Computer Services, Inc.
2828 North Haskell Avenue, Bldg. 1, 9th Floor
Dallas, TX 75204

Dated: New York, New York
       August 24, 2007                      Respectfully submitted,

                                                       _____
                                                       Bernadette R. Reilly (BM4117)
                                                     LATHROP & GAGE L.C.
                                                     230 Park Avenue, Suite 1847
                                                     New York, New York 10169
                                                     (212) 850-6220
                                                     Fax: (212) 850-6221

NYDOCS 52769v1