UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

GATEWAY, INC., and GATEWAY
COMPANIES, INC.,

        Plaintiff,

vs.

ACS COMMERCIAL SOLUTIONS, INC.

        Defendant.

---------------------------------x

1:07-CV-06732 (CM)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07

    Upon the motion of Bernadette R. Reilly attorney for Gateway Inc. and Gateway Companies, Inc. and said sponsor attorney's affidavit in support:

| | |
|---|---|
| Applicant's Name: | John D. Ryan |
| Firm Name: | Lathrop & Gage L.C. |
| Address: | 10 South Broadway, Suite 1300 |
| City/State/Zip: | St. Louis, MO 63102 |
| Telephone/Fax: | (314) 613-2500/(314) 613-2550 |
| E-mail Address: | jryan@lathropgage.com |

is admitted to practice pro hac vice as counsel for Gateway, Inc. and Gateway Companies, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/30/07
City, State: New York, NY

_____
United States District/~~Magistrate~~ Judge

NYDOCS 52761v1