UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07

```
------------------------------------- x
GATEWAY, INC., and GATEWAY COMPANIES, :
INC.,                                 :
                                      :   Case No. 07cv6732-CM
              Plaintiff,              :   ECF CASE
                                      :
  vs.                                 :
                                      :
ACS COMMERCIAL SOLUTIONS, INC.        :
                                      :   JURY TRIAL DEMANDED
              Defendant.              :
                                      :
------------------------------------- x
```

### ORDER GRANTING PLAINTIFFS' UNOPPOSED
### MOTION TO EXTEND DEFENDANT'S ANSWER DEADLINE

On this day, the Court considered Plaintiff's Unopposed Motion to Extend Defendant's Answer Deadline. Upon consideration of the Motion and upon Plaintiff's representation that the Motion is unopposed, the Court grants the Motion and ORDERS that Defendant's time to answer or otherwise respond is hereby extended to October 1, 2007.

Signed this _____ day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

NYDOCS 52684v1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
GATEWAY, INC., and GATEWAY COMPANIES, :
INC.,
                                      :
                Plaintiff,            :   Case No. 07cv6732-CM
                                      :   ECF CASE
vs.                                   :
                                      :
ACS COMMERCIAL SOLUTIONS, INC.        :
                                      :   JURY TRIAL DEMANDED
                Defendant.            :
                                      :
------------------------------------- x

## UNOPPOSED MOTION OF PLAINTIFFS TO EXTEND DEFENDANT'S ANSWER DEADLINE

Plaintiffs Gateway, Inc. and Gateway Companies, Inc. ("Gateway") request an extension of time for Defendant to answer or otherwise respond to Gateway's complaint.

On July 26, 2007 Gateway filed this lawsuit. On August 10, 2007 Gateway served Defendant by personal service. Under the Federal Rules of Civil Procedure, Defendant's answer deadline would be August 30, 2007. The parties have agreed to extend that deadline in order to allow the parties to fully evaluate this case and determine whether this case may be resolved without the need for ongoing litigation.

In order to enable the parties to continue their ongoing discussions, Gateway files this Unopposed Motion to Extend Defendant's Answer Deadline to October 1, 2007.

WHEREFORE, PREMISES CONSIDERED, Gateway respectfully moves for an extension of Defendant's time to answer or otherwise respond to Gateway's complaint

and for an Order granting that extension in the form of – or substantially similar form of – the proposed Order filed with this Motion.

Dated: August 27, 2007

Respectfully submitted,

LATHROP & GAGE L.C.

*Bernadette Reilly*

Thomas H. Curtin (TC-5753)
Bernadette R. Reilly,(BM-4117)
230 Park Avenue, Suite 1847
New York, NY 10169
Telephone: (212) 850-6220
Telecopier: (212) 850-6221

Attorneys for Plaintiffs, Gateway, Inc., and Gateway Companies, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following individual via U.S. mail, on this the 27th day of August, 2007:

JOHN T. WILLETT
Senior Corporate Counsel
Vice President, Litigation
Affiliated Computer Services, Inc.
2828 North Haskell Avenue, Bldg. 1, 9th Floor
Dallas, TX 75204

Bernadette McGlynn Reilly

NYDOCS 52682v1