UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                              :    CASE NO.: 1:07-CV-6732-CM

GATEWAY, INC. and GATEWAY    :
COMPANIES, INC.,                        :
                                              :    **NOTICE OF APPEARANCE**
                 Plaintiffs,              :
                                              :
      vs.                                  :    **Document Electronically Filed**
                                              :
ACS COMMERCIAL SOLUTIONS, INC.,  :
                                              :
               Defendant.             :
_____:

To the Clerk of this Court and all parties of record:

       Please enter the appearance of Kevin J. Pflug of Proskauer Rose LLP as counsel in this case for Defendant ACS Commercial Solutions, Inc. and send electronic notification of all papers filed with the Court by notice on the following e-mail address: kpflug@proskauer.com.

                                            Respectfully submitted,

                                            PROSKAUER ROSE LLP

                                   By:   s/Kevin J. Pflug
                                          Kevin J. Pflug (KP-2416)
                                          PROSKAUER ROSE LLP
                                          One Newark Center, 18th Floor
                                          Newark, New Jersey 07102
                                          Telephone: (973) 274-3200
                                          Fax: (973) 274-3299
                                          *Attorneys for Defendant*

Dated: January 30, 2008