UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| GATEWAY, INC. and GATEWAY COMPANIES, INC., | 1:07cv6732 (CM) ECF Case |
| Plaintiffs, | |
| vs. | **RULE 7.1 STATEMENT** |
| ACS COMMERCIAL SOLUTIONS, INC., | |
| Defendant. | |

_____

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant ACS Commercial Solutions, Inc., by its undersigned counsel, Proskauer Rose LLP, hereby states as follows:

  1) The parent company of ACS Commercial Solutions, Inc. is Affiliated Computer Services, Inc.

  2) No publicly held corporation owns 10% or more of the stock of Affiliated Computer Services, Inc.

           Respectfully submitted,

         By: s/Kevin J. Pflug_____
            PROSKAUER ROSE LLP
            Kevin J. Pflug (KP-2416)
            One Newark Center – 18th Floor
            Newark, New Jersey  07102-5211
            (973) 274-3200
            *Attorneys for Defendant*
            ACS Commercial Solutions, Inc.

Dated:  January 31, 2008