UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| GATEWAY, INC. and GATEWAY COMPANIES, INC., | 1:07cv6732 (CM) ECF Case |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ACS COMMERCIAL SOLUTIONS, INC., | |
| Defendant. | |

_____

The undersigned certifies that on this 31st day of January, 2008, he did cause a true and correct copy of **Defendant ACS Commercial Solutions, Inc.'s Motion to Dismiss and Motion to Strike; Memorandum In Support of Motion to Dismiss Plaintiff's State Law Claims and Motion to Strike Plaintiffs' Jury Demand (with Exhibits A and B); Rule 7.1 Statement and Proposed Order;** to be sent via ECF filing, to counsel of record for Plaintiffs Gateway, Inc. and Gateway Companies, Inc.:

Bernadette Rita McGlynn
Lathrop & Gage, LC
230 Park Avenue
New York, New York  10169
(212) 850-6220
(212) 850-6221 (fax)
breilly@lathropgage.com

Thomas Hayes Curtin
Lathrop & Gage, LC
230 Park Avenue
New York, New York  10169
(212) 850-6220
(212) 850-6221 (fax)
tcurtin@lathropgage.com

John T. Walsh
Lathrop & Gage, LC
10 South Broadway – Suite 1300
St. Louis, MO  63102
(314) 613-2500
(314) 613-2550 (fax)
jwalsh@lathropgage.com

Scott James Dickenson
Lathrop & Gage LC
10 South Broadway – Suite 1300
St. Louis, MO  63102
(314) 613-2500
(314) 613-2550 (fax)
sdickenson@lathropgage.com

Notice has been sent via First Class Mail, postage prepaid to:

John D. Ryan
10 South Broadway – Suite 1300
St. Louis, MO  63102
(314) 613-2500
(314) 613-2550 (fax)

s/Kevin J. Pflug_____
Kevin J. Pflug (KP-2416)
PROSKAUER ROSE LLP
One Newark Center – 18th Floor
Newark, New Jersey  07102
Telephone:  (973) 274-3200
Fax:  (973) 274-3299

*Attorneys for Defendant ACS Commercial Solutions, Inc.*