UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEWAY, INC. and GATEWAY COMPANIES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>ACS COMMERCIAL SOLUTIONS, INC.,<br><br>Defendant. | CASE NO.: 1:07-CV-6732-CM<br><br>**MOTION TO ADMIT<br>COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin J. Pflug, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

>Howard Shapiro
>Proskauer Rose LLP
>909 Poydras Street, Suite 1100
>New Orleans, LA 70112-4017
>(504) 310-4088
>(504) 310-2022 (fax)
>hshapiro@proskauer.com

>and

>Michael D. Spencer
>Proskauer Rose LLP
>909 Poydras Street, Suite 1100
>New Orleans, LA 70112-4017
>(504) 310-4088
>(504) 310-2022 (fax)
>mspencer@proskauer.com

Messrs. Shapiro and Spencer are members in good standing of the bar of the State of Louisiana. There are no pending disciplinary proceedings against Messrs. Shapiro or Spencer in any state or federal court.

Dated: Newark, New Jersey
      January 30, 2008

PROSKAUER ROSE LLP

By: _____
Kevin J. Pflug (KP-2416)
One Newark Center – 18th Floor
Newark, New Jersey 07102
Telephone: (973) 274-3200
Fax: (973) 274-3299

*Attorneys for Defendant ACS Commercial Solutions, Inc.*

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

_____Mr. Howard Shapiro_____

whose address is___909 Poydras St Ste 1100_____

_____New Orleans, LA  70112_____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____5th_____ day of ___October___, ___1979___.

Given over my hand and the Seal of the Louisiana State Bar Association, this___29th___ day of ___January___, ___2008___.

*[signature]*

*Executive Director*
*Louisiana State Bar Association*

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that

Mr. Michael D Spencer

whose address is 909 Poydras St Ste 1100

New Orleans, LA 70112

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 5th day of October, 2001.

Given over my hand and the Seal of the Louisiana State Bar Association, this 29th day of January, 2008.

Executive Director
Louisiana State Bar Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEWAY, INC. and GATEWAY COMPANIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ACS COMMERCIAL SOLUTIONS, INC., <br><br> Defendant. | CASE NO.: 1:07-CV-6732-CM <br><br> **AFFIDAVIT OF KEVIN J. PFLUG <br> IN SUPPORT OF MOTION TO <br> ADMIT COUNSEL PRO HAC VICE** |

City of Newark    )
                  )   ss.
County of Essex   )

KEVIN J. PFLUG, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at law associated with Proskauer Rose LLP, counsel for Defendant ACS Commercial Solutions, Inc. in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Howard Shapiro and Michael D. Spencer as counsel pro hac vice to represent the Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on January 24, 2007. I am also a member in good standing at the bar of the State of New Jersey, and was admitted to practice law in the State of New Jersey on November 29, 2006. I am also admitted to the bars of the United States District Court for the Southern District of New York and the United States District Court for the District of New Jersey, and am in good standing with these Courts.

3. I have known Mr. Shapiro since 2006 and I have known Mr. Spencer since 2007.

4.  Mr. Shapiro is a member of Proskauer Rose LLP in New Orleans, LA. Mr. Spencer is associated with Proskauer Rose LLP in New Orleans, LA.

5.  I have found Messrs. Shapiro and Spencer to be skilled attorneys and persons of integrity. They are experienced in federal practice and are familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Messrs. Shapiro and Spencer, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Messrs. Shapiro and Spencer, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Messrs. Shapiro and Spencer, pro hac vice, to represent the Defendant in the above-captioned matter, be granted.

Dated: January 30, 2008
Newark, New Jersey

Notarized:

_____
Kevin J. Pflug

JOSEPHINE GREEN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 27, 2009

2

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEWAY, INC. and GATEWAY COMPANIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ACS COMMERCIAL SOLUTIONS, INC., <br><br> Defendant. | CASE NO.: 1:07-CV-6732-CM <br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Kevin J. Pflug, attorney for Defendant ACS Commercial Solutions Inc. ("Defendant"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

> Howard Shapiro
> Proskauer Rose LLP
> 909 Poydras Street, Suite 1100
> New Orleans, LA  70112-4017
> (504) 310-4088
> (504) 310-2022 (fax)
> hshapiro@proskauer.com
>
> and
>
> Michael D. Spencer
> Proskauer Rose LLP
> 909 Poydras Street, Suite 1100
> New Orleans, LA  70112-4017
> (504) 310-4088
> (504) 310-2022 (fax)
> mspencer@proskauer.com

are admitted to practice pro hac vice as counsel for the Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: January __, 2008
City, State:  New York, New York

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEWAY, INC. and GATEWAY COMPANIES, INC., : <br><br>Plaintiffs, : <br><br>vs. : <br><br>ACS COMMERCIAL SOLUTIONS, INC., : <br><br>Defendant. : | CASE NO.: 1:07-CV-6732-CM <br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on this 30 day of January, 2008, he did cause a true and correct copy of **Defendant ACS Commercial Solutions, Inc.'s Motion to Admit Counsel Pro Hac Vice**, and all exhibits thereto, to be sent via First Class Mail, postage prepaid, to counsel of record for Plaintiffs Gateway, Inc. and Gateway Companies, Inc.:

> Bernadette Rita McGlynn
> Lathrop & Gage, LC
> 230 Park Avenue
> New York, New York  10169
> (212) 850-6220
> (212) 850-6221 (fax)
> breilly@lathropgage.com
>
> Thomas Hayes Curtin
> Lathrop & Gage, LC
> 230 Park Avenue
> New York, New York  10169
> (212) 850-6220
> (212) 850-6221 (fax)
> tcurtin@lathropgage.com
>
> John D. Ryan
> 10 South Broadway – Suite 1300
> St. Louis, MO  63102
> (314) 613-2500
> (314) 613-2550 (fax)

John T. Walsh
Lathrop & Gage, LC
10 South Broadway – Suite 1300
St. Louis, MO 63102
(314) 613-2500
(314) 613-2550 (fax)
jwalsh@lathropgage.com

Scott James Dickenson
Lathrop & Gage LC
10 South Broadway – Suite 1300
St. Louis, MO 63102
(314) 613-2500
(314) 613-2550 (fax)
sdickenson@lathropgage.com

_____
Kevin J. Pflug (KP-2416)
PROSKAUER ROSE LLP
One Newark Center – 18th Floor
Newark, New Jersey 07102
Telephone: (973) 274-3200
Fax: (973) 274-3299

*Attorneys for Defendant ACS Commercial Solutions, Inc.*