USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GATEWAY, INC. and GATEWAY
COMPANIES, INC.,

        Plaintiffs,

vs.

ACS COMMERCIAL SOLUTIONS, INC.,

        Defendant.

CASE NO.: 1:07-CV-6732-CM

**ORDER FOR ADMISSION PRO
HAC VICE ON WRITTEN MOTION**

---

Upon the motion of Kevin J. Pflug, attorney for Defendant ACS Commercial Solutions Inc. ("Defendant"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

    Howard Shapiro
    Proskauer Rose LLP
    909 Poydras Street, Suite 1100
    New Orleans, LA 70112-4017
    (504) 310-4088
    (504) 310-2022 (fax)
    hshapiro@proskauer.com

    and

    Michael D. Spencer
    Proskauer Rose LLP
    909 Poydras Street, Suite 1100
    New Orleans, LA 70112-4017
    (504) 310-4088
    (504) 310-2022 (fax)
    mspencer@proskauer.com

are admitted to practice pro hac vice as counsel for the Defendant in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ~~January~~ February 14, 2008
City, State: New York, New York

_____
United States District/Magistrate Judge