UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

GATEWAY, INC. and GATEWAY
COMPANIES, INC.,

                Plaintiff,                1:07cv6732 (CM)

                                            ECF Case

vs.

ACS COMMERCIAL SOLUTIONS, INC.

                Defendant.

_____

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately all future notices, pleadings, correspondence, and other written communications should be addressed as follows for Defendant's counsel admitted *pro hac vice*:

Howard Shapiro
Michael D. Spencer
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130

E-mail addresses, telephone and fax numbers remain the same.

DATED: August 13th 2008.

Respectfully submitted,

/s/Kevin Pflug
Kevin Pflug (KP-2416)
PROSKAUER ROSE LLP
One Newark Center
Newark, NJ ▪ 07102-5211
Telephone: (973) 274-3200
Facsimile: (973) 274-3299

—and—

Howard Shapiro
Michael D. Spencer
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
Telephone: (504) 310-4088
Facsimile: (504) 310-2022

*Counsel for ACS Commercial Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 13th day of August, 2008, I served a copy of this Notice of Change of Address via Electronic Case Filing upon all counsel of record.

/s/Kevin Pflug
KEVIN PFLUG